NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3275

JESSIE L. FLETCHER,

Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS,

Respondent.

Petition for review of the Merit Systems Protection Board in AT0752070493-I-1.

ON MOTION

Before BRYSON, Circuit Judge.

## O R D E R

The Department of Veterans Affairs moves without opposition for a 5-day extension of time, until June 15, 2009, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 2 9 2009
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Daniel A. Perez, Esq.
David A. Harrington, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 9 2009

JAN HORBALY
CLERK